UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 07-41-GMS |
| : | |
| TIMOTHY WATSON : | |
| : | |
| : | |
| Defendant. : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Christopher S. Koyste, Esquire as attorney of record and enter the appearance of Edson A. Bostic, Esquire as attorney on behalf of Defendant, Timothy Watson, in the above-captioned matter.

/s/ Edson A. Bostic
EDSON A. BOSTIC, ESQUIRE
Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 15, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-41-GMS |
| | : | |
| TIMOTHY WATSON | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Christopher S. Koyste, Esquire as attorney of record and enter the appearance of Edson A. Bostic, Esquire as attorney on behalf of Defendant, Timothy Watson, in the above-captioned matter.

/s/ Edson A. Bostic
EDSON A. BOSTIC, ESQUIRE
Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 15, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-41-GMS |
| | : | |
| TIMOTHY WATSON | : | |
| | : | |
| | : | |
| Defendant. | : | |

**<u>SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE</u>**

**PLEASE** withdraw the appearance of Christopher S. Koyste, Esquire as attorney of record and enter the appearance of Edson A. Bostic, Esquire as attorney on behalf of Defendant, Timothy Watson, in the above-captioned matter.

/s/ Edson A. Bostic
EDSON A. BOSTIC, ESQUIRE
Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 15, 2007