## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-41-GMS |
| v. : | |
| : | |
| TIMOTHY J. WATSON : | |
| : | |
| Defendant. : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. Pretrial motions were be filed by June 11, 2007.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter. A proposed form of order is attached for the Court's convenience.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

        By:   /s/ Martin C. Meltzer
        Martin C. Meltzer (De. I.D. No. 3053)
        Assistant United States Attorney
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, Delaware 19899-2046

Dated: July 5, 2007.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-41-GMS |
| v. | : | |
| | : | |
| TIMOTHY J. WATSON | : | |
| | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____<br>
HONORABLE GREGORY M. SLEET<br>
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Martin C. Meltzer, hereby certify that on July 5, 2007, I caused the foregoing Motion for a Scheduling Conference and proposed Order to be served on the following counsel by electronic filing:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010

                                                  /s/ Martin C. Meltzer
                                            Martin C. Meltzer (De. I.D. No. 3053)