IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-41 GMS |
| TIMOTHY WATSON | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned defendant is scheduled for **Friday, September 7, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, Chief United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE

July 16, 2007